# MEMORANDA

OF

DECISIONS RENDERED WITHOUT WRITTEN OPINIONS, DURING THE PERIOD EMBRACED IN THIS VOLUME.

---

No. 3,051.—U. N. BERGGREN, Appellant, v. S. W. SOULE, Respondent.

No. 3,052.—WM. J. BIRKEN, Jr., Appellant, v. S. W. SOULE, Respondent.

*Appeals from District Court, Yellowstone County.*

Decided October 26, 1911.

PER CURIAM.—It is ordered that the appeals in the above-entitled causes be, and they are hereby, dismissed in accordance with motion of appellants.

*Messrs. Nichols & Wilson,* for Appellants.

*Mr. W. M. Johnston,* and *Mr. H. J. Coleman,* for Respondents.